

# THE ATTORNEY GENERAL
## OF TEXAS

Gerald C. Mann

XXXXXXXXXXEPPERD
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable Charles H. Poteet
County Attorney
Crane County
McCamey, Texas

Dear Sir:

Opinion No. O-5159
Re: Whether the county treasurer
is entitled to compensation
for handling pay-as-you-go
tax plan and related matter.

Your telegraphic request for opinion reads in part as follows:

"IS COUNTY TREASURER ALLOWED ANY ADDITIONAL COMPENSATION FOR HANDLING PAY AS YOU GO TAX PLAN UNDER FEE SYSTEM ALSO MAY TREASURER HAVE ADDITIONAL HELP FOR THIS WORK IF SANCTION BY COMMISSIONERS COURT. . . . "

We find no authority which would authorize compensation for the county treasurer in the matter inquired about and therefore answer your first question in the negative.

In answer to your second question, it is our opinion that under Article 3902, Vernon's Annotated Civil Statutes, the commissioners' court, if it desired to do so, could authorize the appointment of additional deputies, assistants or clerks for the county treasurer whose salaries would be in accordance with the limitations of Article 3902, and in your county, a fee county, would be payable out of the fees of office of the county treasurer and could not be paid by the county.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By  s/ Wm. J. Fanning

Wm. J. Fanning
Assistant

APPROVED JUL 10, 1943
s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee
By BWB Chairman